Robert GONZALES SAENZ,
Plaintiff–Appellant,

v.

M. PARAMO, Officer; E.B. Hooker,
Sgt., Defendants–Appellees.

No. 00–16199.
D.C. No. CV–00–01429–MEJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001.*

Decided Nov. 13, 2001.

Before KLEINFELD, McKEOWN, and
FISHER, Circuit Judges.

MEMORANDUM **

Robert Gonzalez Saenz, a California State prisoner, appeals pro se the district court's dismissal of his 42 U.S.C. § 1983 action as duplicative. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm. *See Cato v. United States,* 70 F.3d 1103, 1105 n. 2 (9th Cir.1995) (holding that the district court did not abuse its discretion when it dismissed a complaint that merely repeated a previously litigated claim).

AFFIRMED.

---

\* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

